IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>MIGUEL NAPOLEON MORALES,<br><br>    Defendant. | CR 07-147-TUC-RCC(HCE)<br><br>**ORDER** |

The Court has reviewed the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#38).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Dismiss for a violation of the Speedy Trial Act (#38).

Trial remains set for March 11, 2008 at 9:30 a.m.

DATED this 27th day of February, 2008.

Raner C. Collins
United States District Judge